UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4444-MAN | Date | August 9, 2011 |
|---|---|---|---|
| Title | *Esteban Garcia v. Schneider National Inc.* | | |

Present: The Honorable  MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS)    **ORDER OF DISMISSAL UPON SETTLEMENT OF CASE**

The Court having been advised by counsel that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if the settlement is not consummated.

cc:    All parties of record

                                                                                                  :
                               Initials of Preparer          efc